# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:16-cv-00445-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 18. The motion was heard without oral argument.

The parties stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees should be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, ECF No. 18, is **GRANTED**.

2. The decision denying benefits is **reversed** and **remanded** for further administrative proceedings. On remand, the ALJ shall offer Plaintiff an

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

opportunity for a new hearing, further develop the record, and issue a new decision. The ALJ shall also: reevaluate the medical evidence, explain the weight given to each opinion, and provide legally sufficient reasons for any medical opinion that is rejected; reevaluate Plaintiff's residual functional capacity and ability to perform other work at step five, obtaining vocational expert testimony as needed.

3. This remand is made pursuant to sentence four of 42 U.S.C. § 405(g).

4. Plaintiff's Motion for Summary Judgment, ECF No. 14, is **DENIED AS MOOT**.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 16th day of August 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2