# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Paul Lewis<br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br>*Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:16-cv-00445-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 14, is DENIED AS MOOT.
Stipulated Motion for Remand, ECF No. 18, is GRANTED.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on parties' Stipulated Motion for Remand, ECF No. 18, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 14, is DENIED AS MOOT.

Date: 8/17/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Shelly Koegler